702

## Commonwealth *v.* Axson, Appellant.

Before STERN, J., without a jury.

Submitted June 18, 1974. *Alan M. Lerner,* and *Cohen, Shapiro, Polisher, Shiekman and Cohen,* for appellant; *David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Bliss, Appellant.

Before LUDWIG, J.

Submitted March 28, 1974. *Robert F. Simone,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed on the opinion of LUDWIG, J., of the court below.